UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUILINE MWIHAKI MATHU,

                              Plaintiff,

              -against-                                    23-CV-3838 (LTS)

MONTEFIORE MEDICAL CENTER;                        CIVIL JUDGMENT
CARMEN AGUAS/GUZMAN; YALENA
KOZIROVSKY; SHELDON FELDMAN,

                              Defendants.

       For the reasons stated in the October 27, 2023, order, this action is dismissed.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    December 5, 2023
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge